IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  19-cv-00484-RBJ | Date:  October 15, 2020 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| TOM WAGNER<br>MATTHEW DEBROSSE<br>JOHN GLAZIER<br>JAMES HOWE<br>KEVIN MOFFIT<br>LAURA WALKER<br>SUSAN BRZEZINSKI<br>DANIELLE NOWISKI<br>GENE STALSBERG<br>KRISTEN GRADO<br>GEORGE RAMEY<br>NIKOLAS REPETA<br>STEPHANIE PAULEY<br>**Plaintiffs** | *Christopher Moody*<br>*Repps Stanford* |
| v. | |
| AIR METHODS CORPORATION<br>**Defendant** | *Lonnie Giamela*<br>*LaLonnie Gray* |

## COURTROOM MINUTES

**TELEPHONE CLASS CERTIFICATION**

Court in Session: 1:30 p.m.

Appearance of counsel – all participants appear via telephone.

Discussion held on pending motions

Argument given by Mr. Moody and Mr. Giamela with questions and comments from the Court.

Discussion held on summary judgment motions.

**ORDERED:   [51] Motion to Certify Class and [58] Motion to Dismiss are TAKEN UNDER ADVISMENT, written order to issue.**

Court in Recess:  3:07 p.m.          Hearing concluded.          Total time in Court:  01:37