IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 19-cv-00484-RBJ

TOM WAGNER,
SUSAN BRZEZINSKI,
MATTHEW DeBROSSE,
JOHN GLAZIER,
JAMES HOWE,
KEVIN MOFFITT,
LAURA WALKER,
DANIELLA NOWISKI,
GENE STALSBERG,
KRISTEN GRADO,
GEORGE RAMEY, and
NIKOLAS REPETA, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

AIR METHODS CORPORATION, a Colorado corporation,

    Defendant.

## AMENDED ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

    This matter has been scheduled for a **five-day Jury Trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **July 12, 2021 at 9:00 a.m.**

    A Trial Preparation Conference is set for **May 27, 2021 at 9:00 a.m.**  Counsel who will try the case shall attend in person.

    During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.  The parties are

directed to confer prior to the Trial Preparation Conference to reach agreement on as many, if not all, of the proposed jury instructions. The proposed stipulated and disputed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least one week in advance of the Trial Preparation Conference. Please submit a single integrated proposed set of instructions. They should be numbered and grouped with the same-subject disputed instructions together and indicate on each individual instruction if they are plaintiff's or defendant's proposal. Stipulated instructions should be individually labeled as such.

For additional information, please review my practice standards located at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 6th day of November, 2020.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge