**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00484-RBJ

TOM WAGNER, SUSAN BRZEZINSKI, MATTHEW DEBROSSE,
JOHN GLAZIER, JAMES HOWE, KEVIN MOFFIT, LAURA WALKER,
DANIELLE NOWISKI, GENE STALSBERG, KRISTEN GRADO,
GEORGE RAMEY, NIKOLAS REPETA, and STEPHANIE PAULEY,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

AIR METHODS CORPORATION, a Colorado Corporation,

    Defendant.

## [PROPOSED] FINAL PRETRIAL ORDER

Plaintiffs Tom Wagner, Susan Brzezinski, Matthew DeBrosse, John Glazier, James Howe, Kevin Moffit, Laura Walker, Danielle Nowiski, Gene Stalsberg, Kristen Grado, George Ramey, Nikolas Repeta, and Stephanie Pauley (collectively, "Plaintiffs") and Defendant Air Methods Corporation ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, jointly submit this proposed final pretrial order.

Repps Stanford, counsel for Plaintiffs, and Lonnie Giamela, counsel for Defendant, met and conferred on June 7, 2021 via phone. The Parties agree that, because the Court ruled on all of the Plaintiffs' causes of action at or before the summary judgment stage, the case does not involve any factual issues regarding liability. The Parties further agree that the remaining issues for trial between them are as follows: (1) expert reports; and (2) the proper model to calculate damages. The Parties disagree over whether Illinois law requires any factual findings before imposing

liquidated damages.  If Defendant is correct, then that would present a third trial issue. If Plaintiffs are correct, then that would not present a third trial issue.

The Parties stipulate to a two-day bench trial before the Court as to these two agreed upon trial issues as they pertain to the Illinois plaintiffs' claims.  The Parties seek guidance from the Court as to how it wishes that the Parties introduce evidence (*e.g.*, live witness testimony from experts, deposition testimony from Plaintiffs and Defendant's witnesses, etc.).  The Parties also request guidance from the Court on whether it wishes the Parties to file the expert reports before trial.  Finally, the Parties seek guidance from the Court as to how it wishes for the Parties to present the disputed question of whether Illinois law requires any factual findings before imposing liquidated damages, but believes that a short briefing schedule would be the most expeditious.

The Parties are amenable to a short continuance of the trial to accommodate the Court, witnesses, and experts and the resolution of liquidated damages recovery under Illinois law.

Respectfully submitted this 15th day of June, 2021.

| | |
|---|---|
| *s/ Repps D. Stanford* | *s/ LaLonnie Gray* |
| Charles W. Arnold | LaLonnie Gray |
| Christopher D. Miller | Darin Mackender |
| ARNOLD & MILLER, PLC | Fisher & Phillips LLP |
| 401 West Main Street, Suite 303 | 1125 17th Street, Suite 2400 |
| Lexington, KY 40507 | Denver, CO 80202 |
| Phone: (859) 381-9999 | Phone: (303) 218-3650 |
| Fax: (859) 381-6666 | Fax: (303) 218-3651 |
| carnold@arnoldmiller.com | lgray@fisherphillips.com |
| cmiller@arnoldmiller.com | dmackender@fisherphillips.com |
| | |
| J. Robert Cowan | Lonnie Giamela |
| COWAN LAW OFFICE | Fisher & Phillips LLP |
| 2401 Regency Road, Suite 300 | 444 South Flower Street, Suite 1500 |
| Lexington, KY 40503 | Los Angeles, California 90071 |
| Phone: (859) 523-8883 | Phone: (213) 330-4454 |
| Fax: (859) 523-8885 | Fax: (213) 330-4501 |
| kylaw@cowanlawky.com | lgiamela@fisherphillips.com |
| | |
| Christopher M. Moody | ***Attorneys for Defendant*** |
| Repps D. Stanford | |
| MOODY & STANFORD, P.C. | |
| 4169 Montgomery Blvd. NE | |
| Albuquerque, NM 87109 | |
| Phone: (505) 944-0033 | |
| Fax: (505) 944-0034 | |
| moody@nmlaborlaw.com | |
| stanford@nmlaborlaw.com | |
| | |
| ***Attorneys for Plaintiffs*** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 15th day of June, 2021, a true and correct copy of the foregoing **[PROPOSED] FINAL PRETRIAL ORDER** was served via ECF on the following:

J. Robert Cowan
COWAN LAW OFFICE, PLC
2401 Regency Road, Suite 300
Lexington, KY 40503
Phone:  859-523-8883
Fax:  859-523-8885
Email:  kylaw@cowanlawky.com

Charles W. Arnold
Christopher D. Miller
ARNOLD & MILLER, PLC
401 West Main Street, Suite 303
Lexington, KY 40507
Phone:  859-381-9999
Fax:  859-381-6666
Email:  carnold@arnoldmillerlaw.com
Email:  cmiller@arnoldmillerlaw.com

Christopher M. Moody
Repps D. Stanford
MOODY & STANFORD, P.C.
4169 Montgomery Blvd. NE
Albuquerque, NM 87109
Phone:  505-944-0033
Fax:  505-944-0034
Email:  moody@nmlaborlaw.com
Email:  stanford@nmlaborlaw.com

*s/ Faith Poindexter*
For Fisher & Phillips LLP

4