IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 19-cv-00484-RBJ | Date: February 2, 2022 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| TOM WAGNER et al. | *Charles Arnold* |
| | *J. Robert Cowan* |
| | *Christopher Miller* |
| | *Christopher Moody* |
| | *Repps Stanford* |
| **Plaintiffs** | |
| v. | |
| AIR METHODS CORPORATION | *LaLonnie Gray* |
| **Defendant** | |

## COURTROOM MINUTES

**FAIRNESS HEARING VIA VIDEO CONFERENCE**

Court in Session: 8:31 a.m.

Appearance of counsel – all participants are present via video and telephone.

Discussion held on [134] Plaintiffs' Unopposed Motion for Final Certification of Class and Final Approval of Class Action Settlement.

The Court makes findings of facts, conclusions of law.

**ORDERED: [134] Plaintiffs' Unopposed Motion for Final Certification of Class and Final Approval of Class Action Settlement is GRANTED.**

Parties will submit a proposed order.

Court in Recess: 8:54 a.m.          Hearing concluded.          Total time in Court: 00:23