IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge R. Brooke Jackson

Civil Action No 19-cv-00484-RBJ

TOM WAGNER, SUSAN BRZEZINSKI,
MATTHEW DeBROSSE, JOHN GLAZIER,
JAMES HOWE, KEVIN MOFFITT, LAURA WALKER,
DANIELLE NOWISKI, GENE STALSBERG,
KRISTEN GRADO, GEORGE RAMEY, NIKOLAS REPETA, and
STEPHANIE PAULEY on behalf of themselves and all others similarly situated,

     Plaintiffs,

v.

AIR METHODS CORPORATION, a Colorado corporation,

     Defendant.

## ORDER

This matter having come before the Court on Plaintiffs' unopposed motion for final approval of class certification and approval of the class action settlement (Doc. #134); the Court having reviewed the record (including the Declaration of Lisa Pavlik, Senior Project Manager for the Settlement Administrator, attached to the motion); and, being otherwise sufficiently advised; it is HEREBY ORDERED and ADJUDGED as follows:

1. The Court shall retain jurisdiction over this matter, and personal jurisdiction over the parties, throughout the implementation and administration of the Amended Settlement Agreement and all payments thereunder; and,

2. The Plaintiffs' unopposed motion for final certification of class action and final approval of the Amended Class Action Settlement Agreement and Release which includes a Gross Settlement Fund of $4,093,000.00, which includes $1,227,900 in attorneys' fees, together with costs of $45,765.83 is hereby GRANTED;

3. The Court finds that the Amended Settlement Agreement is within the range of reasonableness, and is adjudicated to be fair, reasonable, and adequate within the meaning of Fed. R. Civ. P. 23 and the CAFA;

4. The Court approves the Individual Settlement Payments listed on the Payout Sheet attached as Exhibit A-1 to the Amended Settlement Agreement, with the exception that the payment amounts allocated to those thirty-two (32) Class Members who timely opted-out shall revert back to Defendant;

5. The Court finds that the Settlement Notice, attached as Exhibit A-2 to the Amended Settlement Agreement satisfied Due Process;

6. The schedule for effectuating the Amended Settlement Agreement is APPROVED;

7. This is a FINAL and APPEALABLE Order and there is no just cause for delay.

DATED this 8th day of February, 2022.

BY THE COURT:

_____
R. Brooke Jackson
Senior United States District Judge